Gugat.p08
9/1/10 DHM

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

IN RE:

L. LEE GUGAT, AND
HELEN M. GUGAT,

      Debtors.

CHAPTER 7
BANKRUPTCY NO. 10-00212

MOTION TO SELL FREE AND CLEAR

COMES NOW the Trustee and states to the Court as follows:

1. That on the date of filing the debtors had an interest in rental property legally described as:

    Lot Eight (8), in Block Sixty-six (66), Peirce's Addition to Sioux City,
    Woodbury County, Iowa
    a/k/a 3231 Jackson St., Sioux City, Iowa

2. That the Trustee proposes to sell said property "As Is" and free and clear of any liens and encumbrances to Louis D. and Brooke N. Olmstead for the sum of $62,500.

3. That Wells Fargo Bank, N.A., claims an interest in said property by virtue of a lien against the real estate.

4. That Iowa Workforce claims an interest in said property by virtue of a lien against the real estate.

WHEREFORE, the undersigned prays that the Court enter an Order authorizing the Trustee to sell said property "As Is" and free and clear of any liens and encumbrances to Olmstead Homes, LLC., for $62,500 and the proceeds of sale attach to said liens and for such other and further relief as the Court deems equitable in the premises.

Donald H. Molstad (3755)
Molstad Law Firm
701 Pierce St., Ste. 305
Sioux City, IA 51101
(712) 255-8036
TRUSTEE

CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that true copies of the foregoing document were served upon on all parties as required by either electronic filing or by enclosing the same in an envelope addressed to each person at his respective address as disclosed by the pleadings of record herein, with first class postage fully paid and by depositing said envelope in the United States Post Office Depository in Sioux City, Iowa.

All those receiving the foregoing service are listed hereinafter with the address at which he or they were served and such service was made on the ___3.0___ day of September, 2010.

/s/ Donald H. Molstad
Donald H. Molstad (3755)

COPY TO:

Office of U.S. Trustee
Law Building, Suite 400
225 2nd Street SE
Cedar Rapids, IA 52401

Michael P. Mallaney
5015 Grand Ridge Drive, Ste. 100
West Des Moines, IA 50265

Label Matrix for local noticing
0862-5
Case 10-00212
Northern District of Iowa
Sioux City
Fri Sep 3 11:53:19 CDT 2010

ATT/Citi Card
AT&T Universal Card Processing
Des Moines, IA 50363-0001

American Infosource Lp As Agent for
Citibank (South Dakota) N.A.
PO Box 248840
Oklahoma City, OK 73124-8840

Bank of America
PO Box 15026
Wilmington, DE 19850-5026

Bank of America VISA Card
PO Box 15026
Wilmington, DE 19850-5026

Citi Corp Credit Svcs
Central Bankruptcy Dept
PO Box 20507
Washington, DC 20507-0001

CitiCards
PO Box 688901
Des Moines, IA 50368-8901

CitiCorp Trust Bank
P.O. Box 140489
Irving, TX 75014-0489

CitiFinancial/Carpet One
PO Box 183041
Columbus, OH 43218-3041

Department of the Treasury - IRS
Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Discover
PO Box 6103
Carol Stream, IL 60197-6103

Discover Bank
Dfs Services LLC
PO Box 3025
New Albany, Ohio 43054-3025

Fia Card Services, NA/Bank of America
by American Infosource Lp As Its Agent
PO Box 248809
Oklahoma City, OK 73124-8809

Frederick Hanna & Assoc
1427 Roswell Rd
Marietta, GA 30062-3668

Helen M. Gugat
32966 Indigo Road
Hinton, IA 51024-8978

L. Lee Gugat
32966 Indigo Road
Hinton, IA 51024-8978

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Iowa Department of Revenue and Finance
Accounts Receivable Unit
Hoover State Office Building
Des Moines, IA 50319

Lowe's
c/o GE Money Bank
PO Box 981064
El Paso, TX 79998-1064

Michael P. Mallaney
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265-5769

Menards
HSBC Retail Service
Dept 7680
Carol Stream, IL 60116-0001

Menards
HSBC Retail Services
Dept 7680
Carol Stream, IL 60116-0001

Mercy Medical Center
c/o Hawkeye Adjustment Service
PO Box 716
Sioux City, IA 51102-0716

Donald H. Molstad
701 Pierce St., Ste. 305
Sioux City, IA 51101-1037

Prime Bank
37 - 1st Ave NW
Le Mars, IA 51031-3511

Recovery Management Systems Corporation
For Capital Recovery III LLC
As Assignee of HSBC Bank Nevada National
25 SE 2nd Avenue Suite 1120
Miami FL 33131-1605

Recovery Management Systems Corporation
For Capital Recovery III LLC
As Assignee of HSBC RETAIL
25 SE 2nd Avenue Suite 1120
Miami FL 33131-1605

SAC FCU
FIA Card Services
PO Box 851001
Dallas, TX 75285-1001

Sherman Financial
PO Box 10587
Greenville, SC 29603-0587

| | | |
|---|---|---|
| U.S. Attorney - SC<br>600 4th Street<br>Suite 670<br>Sioux City, IA 51101-1628 | USAA FEDERAL SAVINGS BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | USAA Savings Bank<br>PO Box 14050<br>Las Vegas, NV 89114-4050 |
| United Recovery Systems<br>5800 North Course Drive<br>Houston, TX 77072-1613 | United States Trustee<br>Law Building Suite 400<br>225 2nd Street SE<br>Cedar Rapids, IA 52401-1400 | Wells Fargo Bank, NA<br>PO Box 4233<br>Portland, OR 97208-4233 |
| Wells Fargo Credit Card<br>PO Box 6412<br>Carol Stream, IL 60197-6412 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Discover<br>PO Box 30203<br>Salt Lake City, UT 84130-0203 | Internal Revenue Service<br>Special Procedures Staff<br>210 Walnut Street<br>Stop 4500 - Insolvency<br>Des Moines, IA 50309-2109 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)William L. Edmonds | End of Label Matrix<br>Mailable recipients    36<br>Bypassed recipients     1<br>Total                   37 | |